# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vratil, Kathryn H. | United States District Court - District of Kansas | 04/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
500 State Avenue
Kansas City, Kansas 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. | Trustee | Trust #2 (reportable assets are included in Part VII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vratil, Kathryn H. | 04/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vratil, Kathryn H. | 04/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Commerce Bank (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property, West Chester, PA | E | Rent | O | W | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. Fidelity Government Cash Reserves (FDRXX) (cash) (Y) | | | | | | | | | |
| 6. Fidelity 500 Index Institutional Prem (FXAIX) | A | Dividend | K | T | Sold (part) | 11/06/20 | J | C | |
| 7. Matthews Asia Dividend Fund (MAPIX) | A | Dividend | K | T | Sold (part) | 11/06/20 | J | A | |
| 8. iShares Tr Gl Clean Ene ETF (ICLN) | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 9. Technology Select Sector SPDR (XLK) | A | Dividend | K | T | | | | | |
| 10. Account #2 (H) | | | | | | | | | |
| 11. American New World Fund Cl F2 (NFFFX) | A | Dividend | J | T | | | | | |
| 12. Account #3 (H) | | | | | | | | | |
| 13. Schwab Cash Reserves Sweep Shares (cash) | A | Interest | K | T | | | | | |
| 14. Account #4 (H) | | | | | | | | | |
| 15. Fidelity Government Cash Reserves (FDRXX) (cash) | A | Interest | K | T | | | | | |
| 16. Fidelity Advisor Small Cap Growth Cl Z (FIDGX) | C | Dividend | K | T | | | | | |
| 17. Fidelity Select Technology (FSPTX) | D | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fidelity Select Defense & Aerospace (FSDAX) | A | Dividend | | | Sold | 05/04/20 | J | | |
| 19. Vanguard Tax Managed Bal PRTF Adm (VTMFX) | C | Dividend | M | T | | | | | |
| 20. Vanguard GL Minimum Volatility Investor (VMVFX) | B | Dividend | L | T | | | | | |
| 21. Fidelity Momentum Factor ETF (FDMO) | A | Dividend | | | Sold | 02/05/20 | K | D | |
| 22. Fidelity Dividend ETF for Rising Rates (FDRR) | B | Dividend | L | T | | | | | |
| 23. IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Sold | 05/04/20 | K | | |
| 24. | | | | | Buy | 06/15/20 | K | | |
| 25. IShares Core S&P US Growth ETF (IUSG) | A | Dividend | L | T | Buy | 02/10/20 | K | | |
| 26. | | | | | Buy<br>(add'l) | 08/10/20 | K | | |
| 27. Schwab Strategic TR US Dividend Equity (SCHD) | B | Dividend | L | T | | | | | |
| 28. Vanguard Utilities ETF (VPU) | B | Dividend | K | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 29. IShares Tr Aaa - A Rated Corp Bd ETF (QLTA) | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 30. Vanguard Real Estate ETF (VNQ) | A | Dividend | K | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 31. Arizona St Transn Brd Grant Antic Nts (040647DN6) | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 32. Miami-Dade Cnty Fla Health Facs Auth (59334NEA6) | A | Interest | | | Redeemed | 08/03/20 | J | | |
| 33. Mississippi Dev Bk Spl Oblig Walnut Grove Youth Corr (60534WCG1) | A | Interest | | | Redeemed | 08/03/20 | J | | |
| 34. Washington St Health Care Facs Auth Rev (93978HBN4) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Middlesex Cnty NJ CTFS PARTN REF COPS Civic Square II (596562HD3) | A | Interest | K | T | | | | | |
| 36. Kentucky St Tpk Auth Economic Dev Rd (491552WD3) | A | Interest | J | T | | | | | |
| 37. Wyandotte ETC K 4.125% (982674FT5) | A | Interest | J | T | | | | | |
| 38. Wyandotte ETC KS 4.75% (982674GA5) | A | Interest | J | T | | | | | |
| 39. University Tex Univ Revs Rev Ref Bds (91514AHT5) | A | Interest | J | T | | | | | |
| 40. University Alaska Univ Revs Gen Rev Bds (914046ZC4) | A | Interest | | | Sold | 06/09/20 | J | | |
| 41. Kentucky St PPPY & BLDGS Commn (49151FCB4) | A | Interest | J | T | | | | | |
| 42. Houston Tex Cmnty College Rev (442368LL8) | A | Interest | J | T | | | | | |
| 43. University Tex Univ Revs Rev Ref Bds (91514AHX6) | A | Interest | J | T | | | | | |
| 44. Washington Fed Hwy Grnt (938823AU5) | A | Interest | K | T | | | | | |
| 45. Perry TWP Multi Sch Bldg Corp (715029FZ2) | A | Interest | J | T | | | | | |
| 46. District Columbia Income Tax Rev (25477GKB0) | A | Interest | K | T | | | | | |
| 47. District Columbia Rev Deed Tax Rev Bds (25483VLH5) | A | Interest | J | T | | | | | |
| 48. Corpus Christi Tex Util Sys Rev (220245UC6) | A | Interest | K | T | | | | | |
| 49. King Cty Wash School Dist No 400 Mercer (495026RT5) | A | Interest | J | T | | | | | |
| 50. Hanover Ind Middle Sch Bldg Corp Ref (41084UEA0) | A | Interest | J | T | | | | | |
| 51. Kyle Tex Go and Ref BDS SER (501552JP9) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vratil, Kathryn H.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Olathe KS 4% 29 DB (679384CL9) | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 53. Account #5 (H) | | | | | | | | | |
| 54. Fidelity Government Cash Reserves (FDRXX) (cash equivalent) (Y) | | | | | | | | | |
| 55. IShares Tr Ultr Sh Trm Bd (ICSH) | A | Dividend | J | T | Buy | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 04/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathryn H. Vratil**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544